NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PHYLLIS LEITHEM, CHARLES A. KREMERS, W. PAUL HARRELL, STEPHEN LEWIS, KARL D. SEARS, QUAN HE, AND PETER R. ABITZ

---

2011-1030
(Serial No. 09/863,585)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The appellants move for a 14-day extension of time, until January 10, 2011, to file their opening brief, until February 14, 2011, for the appellee to file his brief, and until February 28, 2011, for the appellants to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 2 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: William J. Spatz, Esq.
Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 2 2 2010**

**JAN HORBALY**
**CLERK**